———— FILED ———— LODGED
———— RECEIVED

**February 18, 2022**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Magistrate Judge David W. Christel

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>SAMUEL WESLEY MULKEY,<br><br>Defendant. | NO.  MJ22-5028<br><br>COMPLAINT for VIOLATION<br><br>Title 18, United States Code, Section 924(c)(1)(A)<br><br>Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A) |

BEFORE United States Magistrate Judge David W. Christel, Tacoma, Washington.

The undersigned complainant duly sworn states:

### COUNT ONE
**(Possession of Fentanyl with Intent to Distribute)**

On or about January 21, 2022, in Cowlitz County, within the Western District of Washington, and elsewhere, the defendant, SAMUEL WESLEY MULKEY did knowingly and intentionally possess, with the intent to distribute, fentanyl, (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) a substance controlled under Title 21, United States Code, Section 812, Schedule II.

Complaint/*United States v. Samuel Wesley Mulkey* - 1
2022R00178

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

It is further alleged that the offense involved four hundred grams or more of a mixture or substance containing a detectable amount of fentanyl, (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT TWO

### (Use of a Firearm or Possession of a Firearm in furtherance of a Drug Trafficking Offense)

On or about January 21, 2022, in Cowlitz County, within the Western District of Washington, SAMUEL WESLEY MULKEY, did knowingly and intentionally carry a firearm, to wit, a Smith and Wesson 9mm semiautomatic handgun, during and in relation to, and possessed the firearm in furtherance of, a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, Possession of Fentanyl with Intent to Distribute, as charged in Count 1 of this Complaint.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)

And the complainant states that this Complaint is based on the following information:

### I. INTRODUCTION

1.     I, Steven Munson, am a Special Agent with Homeland Security Investigations (HSI). I am assigned to the HSI Field Office Tacoma, Washington, South Sound Investigations. I am responsible for investigating and enforcing violations of federal law including drug and firearms violations of laws. In June 2018, I was assigned to work with the Thurston County Narcotics Task Force. I joined the Department of Homeland Security (previously named Department of Justice, Immigration and Naturalization Service) in May 2002 where I attended a three-month long academy at the Federal Law Enforcement Training Center in Brunswick, Georgia. In 2006, I was hired by Homeland Security Investigations as a Special Agent and was assigned to the Seattle,

Complaint/*United States v. Samuel Wesley Mulkey* - 2
2022R00178

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Washington field office. I attended an additional six-month academy at the Federal Law Enforcement Training Center in Brunswick, Georgia.

2.      As an HSI Special Agent, I have been trained to investigate crimes and enforce federal criminal law. During my career, I have been assigned to work on a variety of cases including drug trafficking and weapons violations locally, nationally and internationally. I have instructed at the Federal Law Enforcement Training Center and at a variety of international law enforcement conferences an array of topics including investigative techniques, I have worked both nationally and internationally enforcing United States federal laws.

3.      I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probably cause and does not contain all details or all facts of which I am aware relating to this investigation.

## II.  FACTS ESTABLISHING PROBABLE CAUSE

4.      MULKEY is a known fentanyl dealer in Thurston County.  On January 21, 2022, the Thurston County Narcotics Taskforce and I encountered MULKEY following an ongoing drug trafficking investigation in the Western District of Washington. Thurston County Sheriff's Office had probable cause to arrest MULKEY for delivery of fentanyl at the time of the encounter.  MULKEY had returned from purchasing fentanyl in California and was stopped at a rest stop in Washington.  MULKEY was driving a rented Volkswagen Jetta with a second unidentified male, who he referred to as Chris James. At the rest stop, MULKEY met his girlfriend, Sheena McCracken, who was driving her 2012 Volvo. After the individuals moved items between cars, MULKEY and McCracken got into the Volvo. At this point, police moved to arrest the parties. MULKEY was arrested without incident and read his Miranda warning.  MULKEY

Complaint/*United States v. Samuel Wesley Mulkey* - 3
2022R00178

waived his Miranda rights and agreed to speak with investigators if the interview was not recorded.

5. MULKEY initially stated that he traveled to California to pick up "a few" ounces of Fentanyl for about $2,000. MULKEY explained the third individual, who fled and evaded police, was "Chris James." MULKEY initially told police James fled with all the fentanyl and there was no fentanyl or guns inside the Volvo vehicle.

6. Detective Goss told MULKEY it did not make much sense that he would drive all the way to Oakland to buy $2,000 worth of Fentanyl. MULKEY stated he was recently robbed at gunpoint so that was all he had. He said, "I have to start back up somehow, that was all that I had." Detective Goss asked who robbed him and MULKEY described a male named "Deshawn" that lived in the Tanglewilde area in Lacey, Washington. MULKEY eventually admitted that he had understated the purchase, and that he had purchased about 23 ounces of Fentanyl in Oakland for $500 an ounce. MULKEY stated that he gets his Fentanyl from a Hispanic male in Oakland, California.

7. MULKEY and the registered owner of the Volvo, Sheena McCracken, both granted the investigators consent to search the Volvo they were in upon the encounter.

8. Investigators ultimately located a black plastic bag in the trunk of the vehicle on top of the other various items in the trunk. The bag appeared to be what MULKEY described James fled with. Upon removing it from the trunk, Sergeant McIver asked MULKEY, "Is this the black bag?" MULKEY replied, "Yes." MULKEY stated that Chris James must have somehow placed it in the trunk without him noticing. Detective Goss asked MULKEY how James would have gotten into the trunk of McCracken's car when McCracken was still in the car with the keys and MULKEY said he did not know. Inside the black plastic bag was 25 individually wrapped bindles of powder substance. Some of them were pink, others were white, and one was green. They all appeared to be close to an ounce in weight, which is a common weight sold by drug dealers. In my training and experience, I know that Fentanyl powder can come in many different colors, and it is often colored for appearances only. In total, the 25 bags of

Complaint/*United States v. Samuel Wesley Mulkey* - 4
2022R00178

Fentanyl weighed 718.4 grams (1.58 pounds). They were not field tested due to the dangers of handling Fentanyl.

9.    Also, in the black plastic bag was a brown Smith and Wesson 9mm firearm with Serial #NJM1956. This firearm was confirmed as stolen out of Pierce County Sheriff's Office under their case number of 2126201308. The firearm was loaded and appeared functional.

10.    A black backpack was also found in the trunk of the vehicle. The backpack contained a loaded and functional Springfield XDS .45ACP handgun. The backpack also contained two smaller bindles (less than ounces) of a white and pink powder, the same substance located in the black plastic bag previously mentioned. These weighed a total of 16.4 grams together. There was also a box of Hornady 9mm ammunition in this backpack, along with various unused plastic bags. The 9mm handgun in the black bag with the Fentanyl was loaded with hollow-point bullets with rubber tips. This was the exact same type of ammunition in the 9mm Hornady ammunition that was in the backpack. After locating the firearms, MULKEY stated that the black backpack in the trunk belonged to "Chris James." The substances inside the bag were the same in appearance (color and substance), but smaller amounts, as the substance in the black bag.

11.    Officers found a small digital scale on the passenger floorboard of the vehicle. The key to the second vehicle, the rented VW Jetta was also on under the passenger seat. This is one area where MULKEY had been reaching upon contact by law enforcement.

12.    After being read his *Miranda* rights, MULKEY told me that he owned the firearm in the black plastic bag with the 25 bindles of Fentanyl. MULKEY stated he carries a firearm because the drug trade is very dangerous. MULKEY reiterated that someone robbed him at gunpoint approximately one week ago. Detective Goss asked MULKEY if he planned on getting into a "shootout" the next time someone robbed him at gunpoint, to which MULKEY replied, "No." He did say that he kept the weapon with him while he sold drugs to keep himself safe. When asked how Chris James got similar

Complaint/*United States v. Samuel Wesley Mulkey* - 5
2022R00178

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Fentanyl powder to the powder that MULKEY had purchased in California, MULKEY replied, "Chris must have stolen it." MULKEY said that he did plan on "paying" Chris in Fentanyl for going on the trip to Oakland with him but said that he had not yet given Chris his payment.

13.    MULKEY was arrested and arrived at the Cowlitz County jail approximately 9am. Later that day, DOC personnel found an inmate who worked in the laundry unresponsive, cold, and with blue lips lying on a counter. DOC officers administered three doses of Narcarn and called an ambulance. The inmate finally became responsive and began throwing up and was immediately taken to the hospital. Video footage confirmed that MULKEY smuggled in one plastic bindle of powdered fentanyl into the prison, managed to hide it during the strip search, and then passed it to laundry personnel in a blanket after taking a shower. MULKEY also had fentanyl sewn into his hoodie and in the pockets of his jeans when he arrived.

### III.  CONCLUSION

Based on the foregoing, I submit there is probable cause to believe that SAMUEL WESLEY MULKEY committed the crimes of knowingly and intentionally possessing with the intent to distribute fentanyl, in violation of Title 21 of the United States Code § 841(a)(1) and 841(b)(1)(A), and use of a firearm or possession of a firearm in furtherance of a drug trafficking offense, in violation of Title 18, United States Code, Section 924(c)(1)(A).

Dated this 17th day of February, 2022.



STEVEN J MUNSON
Digitally signed by STEVEN J MUNSON
DN: cn=STEVEN J MUNSON, o=U.S. Government, ou=People, email=Steven.J.Munson@ice.dhs.gov, c=US
Date: 2022-02-17T17:43:19-0800

STEVEN J. MUNSON
Special Agent
Department of Homeland Security

Complaint/*United States v. Samuel Wesley Mulkey* - 6
2022R00178

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Based on the above-named Complainant having provided a sworn statement attesting to the truth of the foregoing Affidavit this 18th day of February, 2022, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

DATED this _18th_ day of February, 2022.

_____
DAVID W. CHRISTEL
United States Magistrate Judge

Complaint/*United States v. Samuel Wesley Mulkey* - 7
2022R00178

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800